1

2

3

4

5

6            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  MILTON RICH,

9                     Plaintiff,          Case No. 2:13-CV-01251-MJP-BAT

10         v.                             **REPORT AND
                                          RECOMMENDATION**
11 SEATTLE POLICE DEPARTMENT, *et al.*,

12                    Defendants.

13         On July 16, 2013, plaintiff Milton Rich applied to proceed *in forma pauperis* with a

14 proposed 42 U.S.C. § 1983 action, alleging that on November 24, 2012, Seattle Police

15 Department Officers S. Mulloy, Nam Nguyen, and Landon Steiger unconstitutionally used

16 excessive force while arresting him.  Dkt. 1-1, at 6 (hereinafter "July 16, 2013 Action").[1]  This

17 action involves the same police officers on the same date and the same allegedly improper

18 conduct as plaintiff's case C13-1147-RSM-BAT (W.D. Wash., filed July 2, 2013) (hereinafter

19 "July 2, 2013 Action").  The only discernible differences between the **July 16, 2013 Action** and

20 the **July 2, 2013 Action** are: (1) the July 16, 2013 Action makes less detailed and more

21 conclusory factual allegations than does the July 2, 2013 Action;[2] (2) the July 16, 2013 adds as

22

23 [1] The Court presumes that the "two unknown officers" referred to in the complaint's factual
allegations are defendants Nguyen and Steiger.  *See* Dkt. 1-1, at 6.
[2] In the July 16, 2013 Action, plaintiff's allegations are contained in a single paragraph.  Dkt. 1-

REPORT AND RECOMMENDATION - 1

defendants Seattle Police Department, former Seattle Police Chief John Diaz, present Seattle

Police Chief Pugel, and Kathryn Olsen, the Director of the Office of Professional Accountability;

and (3) the July 16, 2013 Action contains two new attachments (Dkt. 1-1, at 12–15) but omits six

of the seven attachments from the July 2, 2013 Action.  Both of these actions have been referred

to the undersigned magistrate judge.

The Court recommends **DISMISSING** the present action without prejudice and

**DENYING** the IFP application (Dkt. 1) as moot because case involves the same culpable

conduct on the same date by the same parties as the action filed two weeks prior.  Plaintiff

should move to amend his complaint in the July 2, 2013 Action—which has been served but not

answered—if he seeks to add the non-overlapping defendants or to add additional

information/exhibits.  The Court notes, however, that in the current action plaintiff has made no

allegations whatsoever that defendants Seattle Police Department, Diaz, Pugel, or Olsen were

personally involved in the allegedly unconstitutional use of excessive force, or that city policy or

custom led to the alleged use of excessive force on November 24, 2012.  *See* Dkt. 1-1, at 6.

Any objections to this Recommendation must be filed no later than **August 8, 2013.**  The

Clerk should note the matter for **August 9, 2013**, as ready for the District Judge's consideration.

Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to

appeal.

DATED this 18th day of July, 2013.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

1, at 6.  In the July 2, 2013 Action, the allegations span eight pages and refer to specific
statements in the attachments.  July 2, 2013 Action, Dkt. 5, at 3–10.

REPORT AND RECOMMENDATION - 2