```
FILED        ENTERED
LODGED       RECEIVED

       JUL 29 2013
       AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILTON RICH,

                Plaintiff,

v.

SEATTLE POLICE DEPARTMENT, *et al.*,

                Defendants.

Case No. 2:13-CV-01251-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections to that, and the entire record, the Court **ADOPTS** the Report and Recommendation. The Court **ORDERS** that this matter be **DISMISSED without prejudice** as duplicative of a matter filed two weeks earlier, *Rich v. Mulloy*, No. C13-1147-RSM-BAT (W.D. Wash. filed July 2, 2013). Plaintiff's *in forma pauperis* application is **DENIED** as moot. Dkt. 1. The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 29 day of July, 2013.

MARSHA J. PECHMAN
Chief United States District Judge

13-CV-01251-ORD

ORDER OF DISMISSAL - 1